1

2

3

4

5

6

7

8                                   UNITED STATES DISTRICT COURT

9                                   EASTERN DISTRICT OF CALIFORNIA

10

11      CYMEYON HILL,                                      No.  2:18-cv-03224-TLN-EFB

12                          Plaintiff,

13            v.                                           ORDER

14      RIOS, et al.,

15                          Defendants.

16

17            Cymeyon Hill ("Plaintiff"), a state prisoner proceeding *pro se*, brings this civil rights

18      action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

19      pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20            On February 12, 2020, the magistrate judge filed findings and recommendations which

21      were served on Plaintiff and which contained notice to Plaintiff that any objections to the

22      Findings and Recommendations were to be filed within fourteen days.  (ECF No. 21.)  Plaintiff

23      filed objections to the Findings and Recommendations on March 2, 2020.  (ECF No. 22.)

24            This Court reviews *de novo* those portions of the proposed findings of fact to which

25      objection has been made.  28 U.S.C. § 636(b)(1); *McDonnell Douglas Corp. v. Commodore*

26      *Business Machines*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982).  As

27      to any portion of the proposed findings of fact to which no objection has been made, the Court

28      assumes its correctness and decides the motions on the applicable law.  *See Orand v. United*

                                                   1

*States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

reviewed *de novo*.  *See Britt v. Simi Valley Unified Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

Having carefully reviewed the entire file under the applicable legal standards, the Court finds the

Findings and Recommendations to be supported by the record and by the magistrate judge's

analysis.

        Accordingly, IT IS HEREBY ORDERED that:

        1.  The findings and recommendations filed February 12, 2020 (ECF No. 21), are adopted

in full;

        2.  Defendants Rios and White are DISMISSED from this action without prejudice; and

        3.  This matter is referred back to the assigned magistrate judge to initiate service of

process of the Eighth Amendment claim for deliberate indifference to a serious medical need

against Defendants Gebheart, Aube, and Curtis pursuant to the Court's E-Service pilot program

for civil rights cases for the Eastern District of California.

        IT IS SO ORDERED.

DATED:  April 14, 2020

                          Troy L. Nunley
                          United States District Judge