UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL,<br><br>            Plaintiff,<br><br>       v.<br><br>RIOS, *et al.*,<br><br>            Defendants. | Case No. 2:18-cv-03224-TLN-JDP (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO SET A SETTLEMENT CONFERENCE<br><br>ECF No. 36 |

Plaintiff has filed a motion requesting that the court set this case for a settlement conference. ECF No. 36. In another action plaintiff has pending in this court, plaintiff recently reached a tentative settlement agreement. *See Hill v. Lynch*, Case No. 2:19-cv-1331-TLN-KJN. As part of that tentative settlement, plaintiff has agreed to dismiss the instant action. *Id.* at ECF No. 43. Consequently, there is no need to set this case for a settlement conference, and plaintiff's motion, ECF No. 36, is therefore denied without prejudice.

IT IS SO ORDERED.

Dated:   January 19, 2021                                       _____
                                                                JEREMY D. PETERSON
                                                                UNITED STATES MAGISTRATE JUDGE